■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE PARKS, Appellant. [951 NYS2d 916]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Dickerson, Belen and Roman, JJ., concur.